UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MELVIN KIMBLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | |
| | ) | **CASE NO. 5:18-CV-266-D** |
| ANDREW M. SAUL, Commissioner of Social | ) | |
| Security, | ) | |
| Defendant. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 22]. The court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 16], DENIES defendant's motion for judgment on the pleadings [D.E. 18], and REMANDS the action to the Commissioner under 42 U.S.C. § 40S(g) and 1383(c)(3).

**This Judgment Filed and Entered on August 19, 2019, and Copies To:**
George C. Piemonte                    (via CM/ECF electronic notification)
Keeya M. Jeffrey                       (via CM/ECF electronic notification)

DATE:                           PETER A. MOORE, JR., CLERK
August 19, 2019               (By) /s/ Nicole Sellers
                               Deputy Clerk