IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:18-cv-00266-D

| | |
|---|---|
| MELVIN KIMBLE, )<br>)<br>Plaintiff, )<br>) ORDER<br>v. )<br>)<br>ANDREW SAUL,[1] )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | |

Court hereby awards Plaintiff $ __9,000.__ in attorney's fees under the Equal Access to Justice Act (28 U.S.C. §2412(c) and (d)), paid to Plaintiffs attorney if there is no debt that is subject to offset under the Treasury Offset Program (31 U.S.C. §3716). If there is such a debt any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

SO ORDERED. This __25__ day of November, 2019.

 _Dever_

JAMES C. DEVER III
United States District Judge

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).