UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MELVIN KIMBLE, )<br>)<br>        Plaintiff, )<br>)<br>  v. )<br>)<br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:18-CV-266-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby awards Plaintiff $9,000.00 in attorney's fees under the Equal Access to Justice Act (28 U.S.C. §2412(c) and (d)), paid to Plaintiffs attorney if there is no debt that is subject to offset under the Treasury Offset Program (31 U.S.C. §3716). If there is such a debt any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiffs attorney.

**This Judgment Filed and Entered on November 25, 2019, and Copies To:**
| | |
|---|---|
| George C. Piemonte | (via CM/ECF electronic notification) |
| Keeya M. Jeffrey | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK
November 25, 2019　　　　　　　　　 (By) /s/ Nicole Sellers
　　　　　　　　　　　　　　　　　　　　 Deputy Clerk