UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MELVIN KIMBLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:18-CV-266-D** |
| ANDREW M. SAUL, Commissioner of Social ) | |
| Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel is awarded an attorney's fee pursuant to the Social Security Act, 42 U.S.C. §§ 406(b) and 1383(d)(2), in the amount of $25,41.75 (or 25% of Plaintiffs past-due benefits, whichever is less). Plaintiffs counsel will reimburse Plaintiff any fees she previously received under the Equal Access Justice Act (EAJA) in the amount $9,000.00, 28 U.S.C § 2412.

**This Judgment Filed and Entered on May 5, 2021, and Copies To:**
George C. Piemonte                    (via CM/ECF electronic notification)
Keeya M. Jeffrey                        (via CM/ECF electronic notification)
Cassia W. Parson                       (via CM/ECF electronic notification)


DATE:                                         PETER A. MOORE, JR., CLERK
May 5, 2021                                (By) /s/ Nicole Sellers
                                                        Deputy Clerk